# EXHIBIT

# H

```
PAY4 ..........     AS-OF 11/08/18  PAYOFF CALCULATION TOTALS 11/07/18  15:14:55
NAME A  COLON      CONTACT NAME ARMINDA COLON
-------------------------------------------------------------------------------
PRINCIPAL BALANCE         150,422.96      ----------- RATE CHANGES ----------
INTEREST 11/08/18          70,548.85      INT FROM      RATE        AMOUNT
PRO RATA MIP/PMI                 .00      04/01/12    7.46300      70,548.85
ESCROW ADVANCE             31,125.15      11/08/18
ESCROW BALANCE                   .00
SUSPENSE BALANCE              678.76-
HUD BALANCE                      .00
REPLACEMENT RESERVE              .00
RESTRICTED ESCROW                .00
TOTAL-FEES                  1,073.98
ACCUM LATE CHARGES               .00
ACCUM NSF CHARGES                .00
OTHER FEES DUE                   .00
PENALTY INTEREST                 .00
FLAT/OTHER PENALTY FEE           .00      TOTAL INTEREST         70,548.85
CR LIFE/ORIG FEE RBATE           .00      TOTAL TO PAYOFF       258,016.43
RECOVERABLE BALANCE         5,524.25  PRINT DISALLOWED:   NOT SIGNED ON TO OLLW
```